| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the:<br>**WESTERN DISTRICT OF TEXAS** |
| Case number (if known): _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy** 04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**

   **Alcon Contractors LLC**

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   9 0 – 1 2 5 0 3 6 1

4. **Debtor's address**

   **Principal place of business**

   **9201 Linbrooke**
   Number    Street

   **San Antonio     TX     78250**
   City              State  ZIP Code

   **Bexar**
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City              State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____
   City              State  ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor **Alcon Contractors LLC**     Case number (if known)

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

\_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Alcon Contractors LLC**        Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When ___/___/_____ Case number _____
  - District _____ When ___/___/_____ Case number _____
  - District _____ When ___/___/_____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
  - District _____ When ___/___/_____
  - Case number, if known _____
  
  - Debtor _____ Relationship _____
  - District _____ When ___/___/_____
  - Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **Alcon Contractors LLC** _____ Case number (if known) _____

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number    Street

    _____

    _____ _____ _____
    City                       State   ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes.   Insurance agency _____
             Contact name    _____
             Phone           _____

## Statistical and adminstrative information

13. **Debtor's estimation of available funds**

    *Check one:*
    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☑ 1-49          ☐ 1,000-5,000       ☐ 25,001-50,000
    ☐ 50-99         ☐ 5,001-10,000      ☐ 50,001-100,000
    ☐ 100-199       ☐ 10,001-25,000     ☐ More than 100,000
    ☐ 200-999

15. **Estimated assets**

    ☑ $0-$50,000               ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
    ☐ $50,001-$100,000         ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
    ☐ $100,001-$500,000        ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
    ☐ $500,001-$1 million      ☐ $100,000,001-$500 million   ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0-$50,000               ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
    ☐ $50,001-$100,000         ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
    ☐ $100,001-$500,000        ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
    ☐ $500,001-$1 million      ☐ $100,000,001-$500 million   ☐ More than $50 billion

Debtor **Alcon Contractors LLC**     Case number (if known) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/09/2022**
MM / DD / YYYY

X **/s/ Mark Garcia**
Signature of authorized representative of debtor

**Mark Garcia**
Printed name

**Manager**
Title

**18. Signature of attorney**

X **/s/ Morris E. "Trey" White III**     Date **05/09/2022**
Signature of attorney for debtor     MM / DD / YYYY

**Morris E. "Trey" White III**
Printed name

**Villa & White LLP**
Firm name

**1100 N.W. Loop 410 Ste. 802**
Number     Street

**San Antonio**     **TX**     **78213**
City     State     ZIP Code

**(210) 225-4500**     **treywhite@villawhite.com**
Contact phone     Email address

**24003162**
Bar number     State

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 5

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re **Alcon Contractors LLC**

Case No. _____

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept.................................................................. | **$17,738.00** |
| Prior to the filing of this statement I have received........................................................ | **$17,738.00** |
| Balance Due.................................................................................................................... | **$0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor        ☑ Other (specify)
                        **Mireless Properties LLC**

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **05/09/2022** | **/s/ Morris E. "Trey" White III** | |
|---|---|---|
| *Date* | *Morris E. "Trey" White III* | Bar No. 24003162 |
| | Villa & White LLP | |
| | 1100 N.W. Loop 410 Ste. 802 | |
| | San Antonio, Texas 78213 | |
| | Phone: (210) 225-4500 / Fax: (210) 212-4649 | |

---

**/s/ Mark Garcia**

*Mark Garcia*
*Manager*

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Alcon Contractors LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                             12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SBA LOAN<br>14925 Kingsport Rd<br>Forth Worth, Texas 76155 | | Non-Purchase Money | | | | $456,500.00 |
| 2 | BHB Funding<br>5550 Glades Rd.<br>Boca Raton, Florida 33431 | | Non-Purchase Money | | | | $138,648.42 |
| 3 | Holt Cat<br>5665 S.E. Loop 410<br>San Antonio, Texas 78222 | | Purchase Money | | | | $57,177.07 |
| 4 | Headway Capital, LLC<br>175 West Jackson BLVD<br>Suite 1000<br>Chicago, Illinois 60604 | | Non-Purchase Money | | | | $54,462.86 |
| 5 | RBFCU Line Of Credit<br>P.O.Box 2097<br>University City, Texas 78148 | | Purchase Money | | | | $51,023.14 |

Debtor **Alcon Contractors LLC**
Name

Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | TX COMMUNITY Line Of Credit 6721 McPherson Road Laredo, Texas 78041 | | Non-Purchase Money | | | | $45,000.00 |
| 7 | Texas First Rentals 5665 South East Loop 410 San Antonio, Texas 78222 | | Non-Purchase Money | | | | $40,854.21 |
| 8 | Herc Rentals 27500 Riverview Center Blvd Bonita Springs, Florida 34134 | | Non-Purchase Money | | | | $40,634.50 |
| 9 | The Huntington National Bank - Ford Truc 1405 Xenium Lane N (PCC 180) Playmouth, Minnesota 55441 | | Non-Purchase Money | | | | $35,335.56 |
| 10 | Fundworks, LLC 5990 Sepulveda Blvd., Suite 310 Van Nuys, California | | Non-Purchase Money | | | | $33,355.00 |
| 11 | RBFCU Line Of Credit P.O.Box 2097 University City, Texas 78148 | | Purchase Money | | | | $31,214.36 |
| 12 | Caterpillar Financial Services-Sweeper P.O. BOX 730681 Dallas, Texas 75373-0681 | | Purchase Money | | | | $29,408.37 |
| 13 | The Huntington National Bank -Water Truc 1405 Xenium Lane N (PCC 180) Playmouth, Minnesota 55441 | | Purchase Money | | | | $20,390.78 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Debtor **Alcon Contractors LLC**        Case number (if known) _____
     Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | The Huntington National Bank - GPS/Cans 1405 Xenium Lane N (PCC 180) Playmouth, Minnesota 55441 | | Purchase Money | | | | $20,195.32 |
| 15 | TRUIST CREDIT CARD P.O. BOX 819 Wilson, North Carolina 27894-0919 | | Credit Card | | | | $18,111.56 |
| 16 | TCI Leasing/Rentals DEPT LA 25094 Pasadena, California 91185-5094 | | Non-Purchase Money | | | | $16,497.30 |
| 17 | Fuelman PO BOX1239 Convington, Louisiana 70434 | | Non-Purchase Money | | | | $13,500.00 |
| 18 | First Mecury Insurance 3821 Juniper Trace, Suite108 Austin, Texas 78738 | | Non-Purchase Money | | | | $13,000.00 |
| 19 | Sunbelt Rentals, Inc. P.O. BOX 409211 Atlanta, Georgia 30384-9211 | | Non-Purchase Money | | | | $9,870.15 |
| 20 | Waste Management 800 Capitol Street Houston, Texas 77002 | | Non-Purchase Money | | | | $8,707.55 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Alcon Contractors LLC**            CASE NO

CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  5/9/2022                      Signature  /s/ Mark Garcia
                                                                            *Mark Garcia*
                                                                           *Manager*

Date  _____       Signature  _____

| | | |
|---|---|---|
| Alamo Diesel Service, LLC<br>8408 Indian Hills Lane<br>Boerne, Texas 78006 | Geo-Solutions<br>7011 Bee Cave Road<br>Austin, Texas 78746 | O'Reilly's Auto Parts<br>P.O BOX 9464<br>Springfield, Missouri 65801-9464 |
| Alcon Contractors LLC<br>9201 Linbrooke<br>San Antonio, TX 78250 | Headway Capital, LLC<br>175 West Jackson BLVD Suite 1000<br>Chicago, Illinois 60604 | Phoenix Geosystems Survey Supplies<br>12746 Cimmaron Path ste 117<br>San Antonio, Texas 78249 |
| Attorney General of the United States<br>Main Justice Bldg; Room 5111<br>10th and Constitution Ave. NW<br>Washington, D.C. 20530 | Herc Rentals<br>27500 Riverview Center Blvd<br>Bonita Springs, Florida 34134 | Proline Paving, LLC<br>P.O. BOX 791324<br>San Antonio, Texas 78279 |
| BHB Funding<br>5550 Glades Rd.<br>Boca Raton, Florida 33431 | Holt Cat<br>5665 S.E. Loop 410<br>San Antonio, Texas 78222 | RBFCU Line Of Credit<br>P.O.Box 2097<br>University City, Texas 78148 |
| Caterpillar Financial Services-Sweeper<br>P.O. BOX 730681<br>Dallas, Texas 75373-0681 | Internal Revenue Service<br>300 E. 8th St. STOP5026AUS<br>Special Procedures- Insolvency<br>Austin, TX 78701 | Rental One<br>P.O. BOX 489<br>Colleyville, Texas 76034 |
| Cuatro T. Construction, Inc<br>P.O. Box 269<br>Hondo, Texas 87761 | J.R. Trucking | SAWS<br>P.O BOX 650989<br>Dallas, Texas 75265-0986 |
| First Mecury Insurance<br>3821 Juniper Trace, Suite108<br>Austin, Texas 78738 | Lhoist North America<br>5274 Paysphere Circle<br>CHICAGO, Illinois 60674 | SBA LOAN<br>14925 Kingsport Rd<br>Forth Worth, Texas 76155 |
| Fox Truck World<br>965 FM 1516 S<br>San Antonio, Texas 78263 | Lion Cave Materials<br>24165 IH 10 West Suite 217-PMB 728<br>San Antonio, Texas 78257 | Sunbelt Rentals, Inc.<br>P.O. BOX 409211<br>Atlanta, Georgia 30384-9211 |
| Fuelman<br>PO BOX1239<br>Convington, Louisiana 70434 | Marlin Capital Solutions - Loader<br>300 Fellowship Road,<br>Mt. Laurel, New Jersey | TCI Leasing/Rentals<br>DEPT LA 25094<br>Pasadena, California 91185-5094 |
| Fundworks, LLC<br>5990 Sepulveda Blvd., Suite 310<br>Van Nuys, California | New Earth, Inc<br>3308 Bernice Avenue<br>Russellville, Arkansas 72802 | TEX-SAN Site Services<br>1045 CR 317<br>La Vernia, Texas 78121 |

Texas First Rentals
5665 South East Loop 410
San Antonio, Texas 78222

Vulcan Materials Company
10101 Reunion Place, Suite 500
San Antonio, Texas 78216

Texas State Rentals
20228 Schiel Rd
Cypress, Texas 77433

Waste Management
800 Capitol Street
Houston, Texas 77002

The Huntington National Bank - Ford Truc
1405 Xenium Lane N (PCC 180)
Playmouth, Minnesota 55441

The Huntington National Bank - GPS/Cans
1405 Xenium Lane N (PCC 180)
Playmouth, Minnesota 55441

The Huntington National Bank -Water Truc
1405 Xenium Lane N (PCC 180)
Playmouth, Minnesota 55441

Timm's Trucking & Exc., LTD
12685 Somerset Road
Von Ormy, Texas 78073

Travelers insurance
P.O BOX 660317
Dallas, Texas 75266-0317

TRUIST CREDIT CARD
P.O. BOX 819
Wilson, North Carolina 27894-0919

TX COMMUNITY Line Of Credit
6721 McPherson Road
Laredo, Texas 78041

U.S. Department of Justice
U.S. Attorney Texas - Western
Attn: Bankruptcy
601 NW Loop 410, Suite 600
San Antonio, TX 78216-5512