### Fill in this information to identify the case

Debtor name __**Alcon Contractors LLC**__

United States Bankruptcy Court for the: __**WESTERN DISTRICT OF TEXAS**__

Case number __**22-50498**__
(if known)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|
| 3.1. | **Checking account**<br>**Truist Bank** | **Checking account** | 0 | 8 | 8 | 6 | $1,000.00 |
| 3.2. | **Checking account**<br>**Texas Community Bank** | **Checking account** | 4 | 0 | 5 | 1 | $13,432.00 |
| 3.3. | **Checking account**<br>**Texas Community Bank (expense)** | **Checking account** | 3 | 6 | 5 | 7 | $4.87 |
| 3.4. | **Checking account**<br>**RBFCU** | **Checking account** | 1 | 5 | 1 | 7 | ($765.25) |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$13,671.62**

| Debtor | **Alcon Contractors LLC** | Case number (if known) | **22-50498** |
|---|---|---|---|
| | Name | | |

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$0.00

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

| 11a. 90 days old or less: | **$85,000.00** | – | **$0.00** | = .............. ➔ | **$85,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **$0.00** | – | **$0.00** | = .............. ➔ | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$85,000.00

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

Valuation method used for current value   Current value of debtor's interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

$0.00

| Debtor | **Alcon Contractors LLC** | | Case number (if known) | **22-50498** |
|---|---|---|---|---|
| | Name | | | |

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
　　☐ No
　　☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

Debtor   **Alcon Contractors LLC**                              Case number (if known)  **22-50498**
      Name

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office furniture and computers | | | **$5,000.00** |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| GPS | | | **$1,000.00** |
| **42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$6,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2003 Ford F-450** | | | |
| **1FDXF46F63EA65244** | | | **$6,900.00** |
| 47.2. **2015 Ford F-450** | | | |
| **1FD0W4GT5FEA15736** | | | **$32,000.00** |
| 47.3. **2012 Ford F-350** | | | |
| **1FD8W3GT1CEC70523** | | | **$23,700.00** |

| Debtor | **Alcon Contractors LLC** | | Case number (if known) | **22-50498** |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 47.4. | **2008 Ford F-150** | | | | |
| | **1FTRF12W98KD11309** | _____ | _____ | | **$3,500.00** |
| 47.5. | **1999 Frieghtliner Con.** | | | | |
| | **1FUYSSEB5XPB56387** | | | | |
| | **(non-operational)** | _____ | _____ | | **$0.00** |
| 47.6. | **2007 Ranco Trailer** | | | | |
| | **1R9ESD5007L008653** | _____ | _____ | | **$34,500.00** |
| 47.7. | **2014 Utility Trailer (18')** | | | | |
| | **5VBU1626ET125337** | _____ | _____ | | **$4,000.00** |

**48.**  **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**  **Aircraft and accessories**

**50.**  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| **2008 Bobcat S330** | | | | |
| **A02011987** | _____ | _____ | | **$20,000.00** |
| **2011 BOBCAT S650** | | | | |
| **A3NV12374** | _____ | _____ | | **$29,900.00** |
| **2013 BOBCAT S650** | | | | |
| **A3NT15843** | _____ | _____ | | **$29,900.00** |
| **2013 BOBCAT S650** | | | | |
| **A3NV20518** | _____ | _____ | | **$29,900.00** |
| **2013 BOBCAT S650** | | | | |
| **A3NV23347** | _____ | _____ | | **$29,900.00** |
| **2015 BOBCAT S650** | | | | |
| **ALJ814511** | _____ | _____ | | **$34,900.00** |

**51.**  **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| **$279,100.00** |
|---|

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:   Real property**

**54.**  **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

Debtor   **Alcon Contractors LLC**                                    Case number (if known)   **22-50498**
         Name

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

**56.  Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    **$0.00**

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |

**66.  Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.    **$0.00**

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 11:  All other assets

**70.  Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

| Debtor | **Alcon Contractors LLC** | Case number (if known) | **22-50498** |
|---|---|---|---|
| | Name | | |

**Current value of debtor's interest**

71. **Notes receivable**

   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
   Add lines 71 through 77.  Copy the total to line 90.

   **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

**Schedule A/B: Assets -- Real and Personal Property**

| Debtor | **Alcon Contractors LLC** | Case number (if known) | **22-50498** |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|

80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.*     **$13,671.62**

81. **Deposits and prepayments.** *Copy line 9, Part 2.*     **$0.00**

82. **Accounts receivable.** *Copy line 12, Part 3.*     **$85,000.00**

83. **Investments.** *Copy line 17, Part 4.*     **$0.00**

84. **Inventory.** *Copy line 23, Part 5.*     **$0.00**

85. **Farming and fishing-related assets.** *Copy line 33, Part 6.*     **$0.00**

86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.*     **$6,000.00**

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.*     **$279,100.00**

88. **Real property.** *Copy line 56, Part 9*..........................................➔     **$0.00**

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.*     **$0.00**

90. **All other assets.** *Copy line 78, Part 11.*     **+ $0.00**

91. **Total.** Add lines 80 through 90 for each column.  91a. **$383,771.62**  **+** 91b. **$0.00**

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.......................................................................................  **$383,771.62**

**Fill in this information to identify the case:**

Debtor name **Alcon Contractors LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **22-50498**
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A
Amount of claim
Do not deduct the value of collateral. | Column B
Value of collateral that supports this claim |
|---|---|---|

**2.1**

Creditor's name
**RBFCU Line Of Credit**

Creditor's mailing address
**P.O.Box 2097**

**University City    TX    78148**

Creditor's email address, if known

Date debt was incurred   **6/9/2020**

Last 4 digits of account number   __1__ __9__ __3__ __4__

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
**2008 Bobcat S330**

Describe the lien
**Purchase Money / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $31,214.36 | $174,500.00 |
|---|---|

For 2008 Bobcat S330 A02011987 : 1) RBFCU Line Of Credit; 2) RBFCU Line Of Credit; 3) SBA LOAN.  For 2011 BOBCAT S650 A3NV12374 : 1) RBFCU Line Of Credit; 2) RBFCU Line Of Credit; 3) SBA LOAN.  For 2013 BOBCAT S650 A3NT15843  : 1) RBFCU Line Of Credit; 2) RBFCU Line Of Credit; 3) SBA LOAN.  For 2013 BOBCAT S650 A3NV20518  : 1) RBFCU Line Of Credit; 2) RBFCU Line Of Credit; 3) SBA LOAN.  For 2013 BOBCAT S650 A3NV23347 : 1) RBFCU Line Of Credit; 2) RBFCU Line Of Credit; 3) SBA LOAN.  For 2015 BOBCAT S650 ALJ814511 : 1) RBFCU Line Of Credit; 2) RBFCU Line Of Credit; 3) SBA LOAN.

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$614,659.16

| Debtor | **Alcon Contractors LLC** | Case number (if known) **22-50498** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.2**

**Creditor's name**
RBFCU Line Of Credit

**Creditor's mailing address**
P.O.Box 2097

University City        TX    78148

**Creditor's email address, if known**

**Date debt was incurred**    6/9/2020

**Last 4 digits of account number**        2    2    7    3

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines  **2.1**

**Describe debtor's property that is subject to a lien**

**2008 Bobcat S330**

**Describe the lien**

**Purchase Money / Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$51,023.14**    Value of collateral: **$174,500.00**

| Debtor | Alcon Contractors LLC | Case number (if known) | 22-50498 |
|---|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3**

| Creditor's name<br>**SBA LOAN** | Describe debtor's property that is subject to a lien | $456,500.00 | $382,771.62 |
|---|---|---|---|

Creditor's mailing address
**14925 Kingsport Rd**

**Describe debtor's property that is subject to a lien**

**Blaket lien**

**Describe the lien**

**Non-Purchase Money / Agreement**

**Forth Worth          TX    76155**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**

Date debt was incurred      **9/10/2021**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number      **8  1  0  6**

**As of the petition filing date, the claim is:**
Check all that apply.

Do multiple creditors have an interest in the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☑ Yes.  Have you already specified the relative priority?

☑ No.  Specify each creditor, including this creditor, and its relative priority.

**For Checking account RBFCU: 1) SBA LOAN.  For Checking account Texas Community Bank: 1) SBA LOAN.  For Checking account Texas Community Bank (expense): 1) SBA LOAN.  For Checking account Truist Bank: 1) SBA LOAN.  For Account Receivables: 1) SBA LOAN.  For 1999 Frieghtliner Con. 1FUYSSEB5XPB56387 (non-operational) : 1) SBA LOAN.  For 2003 Ford F-450  1FDXF46F63EA65244  : 1) SBA LOAN.  For 2007 Ranco Trailer 1R9ESD5007L008653 : 1) SBA LOAN.  For 2008 Ford F-150 1FTRF12W98KD11309  : 1) SBA LOAN.  For 2012 Ford F-350 1FD8W3GT1CEC70523  : 1) The Huntington National Bank - GPS/Cans; 2) SBA LOAN.  For 2014 Utility Trailer (18') 5VBU1626ET125337 : 1) SBA LOAN.  For 2015 Ford F-450 1FD0W4GT5FEA15736  : 1) The Huntington National Bank - Ford Truc; 2) SBA LOAN.  For 2008 Bobcat S330 A02011987 : See 2.1.  For 2011 BOBCAT S650 A3NV12374 : See 2.1.  For 2013 BOBCAT S650 A3NT15843 : See 2.1.  For 2013 BOBCAT S650 A3NV20518 : See 2.1.  For 2013 BOBCAT S650 A3NV23347 : See 2.1.  For 2015 BOBCAT S650 ALJ814511 : See 2.1.  For Office furniture and computers: 1) SBA LOAN.**

☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **Alcon Contractors LLC** | Case number (if known) **22-50498** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.4**

| Creditor's name | Describe debtor's property that is subject to a lien | $35,335.56 | $32,000.00 |
|---|---|---|---|

**The Huntington National Bank - Ford Tr** subject to a lien

**2015 Ford F-450**

Creditor's mailing address
**1405 Xenium Lane N (PCC 180)**

Describe the lien
**Non-Purchase Money**

**Playmouth          MN   55441**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred   **12/3/2019**

Last 4 digits of account number   **3   5   2   5**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☒ Yes.  The relative priority of creditors is specified on lines **2.3**

**2.5**

| Creditor's name | Describe debtor's property that is subject to a lien | $20,195.32 | $24,700.00 |
|---|---|---|---|

**The Huntington National Bank - GPS/Ca** subject to a lien

**2012 Ford F-350**

Creditor's mailing address
**1405 Xenium Lane N (PCC 180)**

Describe the lien
**Purchase Money**

**Playmouth          MN   55441**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred   **2/25/2020**

Last 4 digits of account number   **3   5   2   6**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes.  Have you already specified the relative priority?

☒ No.  Specify each creditor, including this creditor, and its relative priority.

**For 2012 Ford F-350 1FD8W3GT1CEC70523  : See 2.3.  For GPS: 1) The Huntington National Bank - GPS/Cans.**

☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **Alcon Contractors LLC** | Case number (if known) **22-50498** |
|---|---|---|

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

**2.6**

| Creditor's name | Describe debtor's property that is subject to a lien | | $20,390.78 | $0.00 |
|---|---|---|---|---|
| **The Huntington National Bank -Water Tr** | **2014 Frieghtliner Con.** | | | |

Creditor's mailing address
**1405 Xenium Lane N (PCC 180)**

**Describe the lien**
**Purchase Money**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Playmouth                MN    55441**

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred    **8/19/2020**

Last 4 digits of account
number                    **3    5    2    7**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Alcon Contractors LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-50498** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* | _____ | _____ |
| _____ | ☐ Contingent | | |
| _____ | ☐ Unliquidated | | |
| _____ | ☐ Disputed | | |
| _____ | **Basis for the claim:** | | |
| | _____ | | |
| **Date or dates debt was incurred** | | | |
| _____ | **Is the claim subject to offset?** | | |
| **Last 4 digits of account number**  ___ ___ ___ ___ | ☐ No | | |
| | ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(_____) | | | |

| Debtor | **Alcon Contractors LLC** | Case number (if known) | **22-50498** |
|---|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

| 3.1 | Nonpriority creditor's name and mailing address |
|---|---|

**BHB Funding**

**5550 Glades Rd.**

| **Boca Raton** | **FL** | **33431** |
|---|---|---|

Date or dates debt was incurred    **12/10/2021**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Non-Purchase Money**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$138,648.42**

---

| 3.2 | Nonpriority creditor's name and mailing address |
|---|---|

**Caterpillar Financial Services-Sweeper**

**P.O. BOX 730681**

| **Dallas** | **TX** | **75373-0681** |
|---|---|---|

Date or dates debt was incurred    **8/8/2020**

Last 4 digits of account number    **3  0  0  0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Purchase Money**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$29,408.37**

---

| 3.3 | Nonpriority creditor's name and mailing address |
|---|---|

**First Mecury Insurance**

**3821 Juniper Trace, Suite108**

| **Austin** | **TX** | **78738** |
|---|---|---|

Date or dates debt was incurred    **2/3/2020**

Last 4 digits of account number    **9  5  0  2**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Non-Purchase Money**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$13,000.00**

---

| 3.4 | Nonpriority creditor's name and mailing address |
|---|---|

**Fox Truck World**

**965 FM 1516 S**

| **San Antonio** | **TX** | **78263** |
|---|---|---|

Date or dates debt was incurred    **11/22/2021**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Non-Purchase Money**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$5,964.56**

---

| Debtor | **Alcon Contractors LLC** | | Case number (if known) | **22-50498** |
|---|---|---|---|---|

---

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.5 Nonpriority creditor's name and mailing address

Fuelman

PO BOX1239

Convington                    LA      70434

Date or dates debt was incurred        5/3/2021

Last 4 digits of account number        6    4    4    6

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Non-Purchase Money

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$13,500.00**

### 3.6 Nonpriority creditor's name and mailing address

Fundworks, LLC

5990 Sepulveda Blvd., Suite 310

Van Nuys, California

Date or dates debt was incurred        12/20/2021

Last 4 digits of account number        _  _  N  A

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Non-Purchase Money

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$33,355.00**

### 3.7 Nonpriority creditor's name and mailing address

Geo-Solutions

7011 Bee Cave Road

Austin                    TX      78746

Date or dates debt was incurred        9/2/2021

Last 4 digits of account number        0    0    4    7

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Non-Purchase Money

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$7,925.00**

### 3.8 Nonpriority creditor's name and mailing address

Headway Capital, LLC

175 West Jackson BLVD Suite 1000

Chicago                    IL      60604

Date or dates debt was incurred        6/30/2021

Last 4 digits of account number        6    1    3    1

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Non-Purchase Money

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$54,462.86**

| Debtor | **Alcon Contractors LLC** | Case number (if known) | **22-50498** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.9** | Nonpriority creditor's name and mailing address

**Herc Rentals**

**27500 Riverview Center Blvd**

**Bonita Springs**         **FL**      **34134**

Date or dates debt was incurred    **8/31/2021**

Last 4 digits of account number    **3   1   H   G**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Non-Purchase Money**

Is the claim subject to offset?
☒ No
☐ Yes

**$40,634.50**

---

**3.10** | Nonpriority creditor's name and mailing address

**Holt Cat**

**5665 S.E. Loop 410**

**San Antonio**         **TX**      **78222**

Date or dates debt was incurred    **11/24/2020**

Last 4 digits of account number    **3   4   8   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Purchase Money**

Is the claim subject to offset?
☒ No
☐ Yes

**$57,177.07**

---

**3.11** | Nonpriority creditor's name and mailing address

**Lhoist North America**

**5274 Paysphere Circle**

**CHICAGO**         **IL**      **60674**

Date or dates debt was incurred    **10/21/2021**

Last 4 digits of account number    **7   2   3   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Non-Purchase Money**

Is the claim subject to offset?
☒ No
☐ Yes

**$4,626.14**

---

**3.12** | Nonpriority creditor's name and mailing address

**New Earth, Inc**

**3308 Bernice Avenue**

**Russellville**         **AR**      **72802**

Date or dates debt was incurred    **6/3/2021**

Last 4 digits of account number    **_   _   N   A**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Non-Purchase Money**

Is the claim subject to offset?
☒ No
☐ Yes

**$2,718.94**

---

| Debtor | **Alcon Contractors LLC** | Case number (if known) | **22-50498** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.13** Nonpriority creditor's name and mailing address

**O'Reilly's Auto Parts**

**P.O BOX 9464**

| **Springfield** | **MO** | **65801-9464** |
|---|---|---|

Date or dates debt was incurred    **11/29/2021**

Last 4 digits of account number    **3    4    6    4**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Non-Purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,525.15**

---

**3.14** Nonpriority creditor's name and mailing address

**Phoenix Geosystems Survey Supplies**

**12746 Cimmaron Path ste 117**

| **San Antonio** | **TX** | **78249** |
|---|---|---|

Date or dates debt was incurred    **7/14/2021**

Last 4 digits of account number    **N    A**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Non-Purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,868.94**

---

**3.15** Nonpriority creditor's name and mailing address

**Proline Paving, LLC**

**P.O. BOX 791324**

| **San Antonio** | **TX** | **78279** |
|---|---|---|

Date or dates debt was incurred    **10/4/2021**

Last 4 digits of account number    **N    A**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Non-Purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,500.00**

---

**3.16** Nonpriority creditor's name and mailing address

**Rental One**

**P.O. BOX 489**

| **Colleyville** | **TX** | **76034** |
|---|---|---|

Date or dates debt was incurred    **8/31/2021**

Last 4 digits of account number    **5    8    0    8**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Non-Purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,603.38**

---

| Debtor | **Alcon Contractors LLC** | Case number (if known) | **22-50498** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

**SAWS**

**P.O BOX 650989**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,043.67**

| **Dallas** | **TX** | **75265-0986** |
|---|---|---|

Basis for the claim:
**Non-Purchase Money**

Date or dates debt was incurred **1/21/2022**

Last 4 digits of account number **0  0  0  3**

Is the claim subject to offset?
☒ No
☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

**Sunbelt Rentals, Inc.**

**P.O. BOX 409211**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,870.15**

| **Atlanta** | **GA** | **30384-9211** |
|---|---|---|

Basis for the claim:
**Non-Purchase Money**

Date or dates debt was incurred **11/21/2021**

Last 4 digits of account number **5  4  9  5**

Is the claim subject to offset?
☒ No
☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address |
|---|---|

**TCI Leasing/Rentals**

**DEPT LA 25094**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$16,497.30**

| **Pasadena** | **CA** | **91185-5094** |
|---|---|---|

Basis for the claim:
**Non-Purchase Money**

Date or dates debt was incurred **7/6/2021**

Last 4 digits of account number **2  7  2  8**

Is the claim subject to offset?
☒ No
☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address |
|---|---|

**Texas First Rentals**

**5665 South East Loop 410**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$40,854.21**

| **San Antonio** | **TX** | **78222** |
|---|---|---|

Basis for the claim:
**Non-Purchase Money**

Date or dates debt was incurred **10/5/2021**

Last 4 digits of account number **2  2  5  0**

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **Alcon Contractors LLC** | Case number (if known) | **22-50498** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.21** Nonpriority creditor's name and mailing address

**Texas State Rentals**

**20228 Schiel Rd**

**Cypress**        **TX**    **77433**

Date or dates debt was incurred        **8/23/2021**

Last 4 digits of account number    **2  5  7  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Non-Purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,422.64**

**3.22** Nonpriority creditor's name and mailing address

**Travelers insurance**

**P.O BOX 660317**

**Dallas**        **TX**    **75266-0317**

Date or dates debt was incurred        **4/18/2022**

Last 4 digits of account number    **6  2  2  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Non-Purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,238.00**

**3.23** Nonpriority creditor's name and mailing address

**TRUIST CREDIT CARD**

**P.O. BOX 819**

**Wilson**        **NC**    **27894-0919**

Date or dates debt was incurred        **10/1/2019**

Last 4 digits of account number    **8  2  8  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,028.49**

**3.24** Nonpriority creditor's name and mailing address

**TRUIST CREDIT CARD**

**P.O. BOX 819**

**Wilson**        **NC**    **27894-0919**

Date or dates debt was incurred        **4/1/2021**

Last 4 digits of account number    **4  4  2  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,097.21**

| Debtor | **Alcon Contractors LLC** | Case number (if known) | **22-50498** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.25 | Nonpriority creditor's name and mailing address |
|---|---|

**TRUIST CREDIT CARD**

**P.O. BOX 819**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$18,111.56**

| Wilson | NC | 27894-0919 |
|---|---|---|

Basis for the claim: **Credit Card**

Date or dates debt was incurred **10/1/2019**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number **5  7  0  6**

---

| 3.26 | Nonpriority creditor's name and mailing address |
|---|---|

**TX COMMUNITY Line Of Credit**

**6721 McPherson Road**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$45,000.00**

| Laredo | TX | 78041 |
|---|---|---|

Basis for the claim: **Non-Purchase Money**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number **3  7  1  8**

---

| 3.27 | Nonpriority creditor's name and mailing address |
|---|---|

**Vulcan Materials Company**

**10101 Reunion Place, Suite 500**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,373.31**

| San Antonio | TX | 78216 |
|---|---|---|

Basis for the claim: **Non-Purchase Money**

Date or dates debt was incurred **11/1/2021**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number **1  7  3  4**

| Debtor | **Alcon Contractors LLC** | Case number (if known) | **22-50498** |

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

4.1  **Attorney General of the United States**

  **Main Justice Bldg; Room 5111**

  **10th and Constitution Ave. NW**

  **Washington          DC      20530**

Line _____

☑ Not listed.  Explain:
**Required Notification**

__ __ __ __

4.2  **Internal Revenue Service**

  **300 E. 8th St. STOP5026AUS**

  **Special Procedures- Insolvency**

  **Austin          TX      78701**

Line _____

☑ Not listed.  Explain:
**Required Notification**

__ __ __ __

4.3  **U.S. Department of Justice**

  **U.S. Attorney Texas - Western**

  **Attn: Bankruptcy**

  **601 NW Loop 410, Suite 600**

  **San Antonio          TX      78216-5512**

Line _____

☑ Not listed.  Explain:
**Required Notification**

__ __ __ __

Debtor  **Alcon Contractors LLC** _____   Case number (if known)  **22-50498** _____

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.**  **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

5a.  **Total claims from Part 1**                              5a. _____**$0.00**

5b.  **Total claims from Part 2**                              5b. **+** _____**$569,454.87**

5c.  **Total of Parts 1 and 2**                               5c. | **$569,454.87** |
Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Alcon Contractors LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-50498**  Chapter **11** |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Commerica Real Property Lease Contract to be ASSUMED | Leon Springs Business Park |
|---|---|---|---|
| | | | 24123 Boerne Stage Rd |
| | State the term remaining | | |
| | List the contract number of any government contract | | San Antonio          TX          78255 |

**Fill in this information to identify the case:**

Debtor name          **Alcon Contractors LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number          **22-50498**
(if known)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.**  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1  Izundu Michael Ekeh** | **5002 Wiseman #8302**<br>Number      Street<br><br>**San Antonio**     **TX**   **78251**<br>City                              State   ZIP Code | **BHB Funding** | ☐ D<br>☑ E/F<br>☐ G |
| **2.2  Mark Garcia** | **9201 Linbrooke**<br>Number      Street<br><br>**San Antonio**     **TX**   **78250**<br>City                              State   ZIP Code | **BHB Funding** | ☐ D<br>☑ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name  **Alcon Contractors LLC**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF TEXAS**

Case number (if known):  **22-50498**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:   Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.................................................................................. | **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................................................ | **$383,771.62**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B.................................................................................. | **$383,771.62**

## Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................. | **$614,659.16**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F........................................... | **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.......................... | **+   $569,454.87**

4. **Total liabilities**
   Lines 2 + 3a + 3b....................................................................................... | **$1,184,114.03**

**Fill in this information to identify the case and this filing:**

Debtor Name  **Alcon Contractors LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number  **22-50498**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/23/2022**          X **/s/ Mark Garcia**
MM / DD / YYYY                      Signature of individual signing on behalf of debtor

                                   **Mark Garcia**
                                   Printed name

                                   **Manager**
                                   Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Alcon Contractors LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) **22-50498**

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2022** MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$434,444.00** |
| For prior year: | From **01/01/2021** MM / DD / YYYY | to | **12/31/2021** MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,378,565.00** |
| For the year before that: | From **01/01/2020** MM / DD / YYYY | to | **12/31/2020** MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,390,702.00** |

**2.    Non-business revenue**
Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☑ None

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Debtor | **Alcon Contractors LLC** | Case number (if known) | **22-50498** |
|---|---|---|---|
| | Name | | |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Mark Garcia** | **Weekly draws** | **$77,200.00** | **Compensation** |
| | Insider's name | | | |
| | **9201 Linbrooke** | | | |
| | Street | | | |
| | | | | |
| | **San Antonio**    **Tx**    **78250** | | | |
| | City    State    ZIP Code | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | **Member/Officer** | | | |

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.2. | **Izundu Michael Ekeh** | **Biweekly** | **$49,762.50** | **Compensation** |
| | Insider's name | | | |
| | **5002 Wiseman #8302** | | | |
| | Street | | | |
| | | | | |
| | **San Antonio**    **Tx**    **78251** | | | |
| | City    State    ZIP Code | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | **Member** | | | |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6.** **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Debtor | Alcon Contractors LLC | Case number (if known) | 22-50498 |
|---|---|---|---|
| | Name | | |

## Part 3: Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **First Mecury Insurance v. Alcon Contractors LLC** | **Suit on Account** | **County Court at Law #10** <br> Name <br> **Bexar County Texas** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number <br> **2022cv00036** | | City            State    ZIP Code | |
| 7.2. **BHB722 Inc. v. Alcon Contractors LLC** | **Suit on Account** | **Supreme Court of New York** <br> Name <br> **County of Kings NY** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number <br> **506343/2022** | | City            State    ZIP Code | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4: Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5: Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Debtor | **Alcon Contractors LLC** | Case number (if known) | **22-50498** |
|---|---|---|---|
| | Name | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Villa & White LLP** | | **04/17/2022** | **$17,738.00** |

**Address**

**1100 NW Loop 410 #802**
Street

| **San Antonio** | **TX** | **78213** |
|---|---|---|
| City | State | ZIP Code |

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor  **Alcon Contractors LLC**                                    Case number (if known)  **22-50498**
_____
Name

---

## Part 8:  Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■  diagnosing or treating injury, deformity, or disease, or

■  providing any surgical, psychiatric, drug treatment, or obstetric care?

☑  No.  Go to Part 9.
☐  Yes.  Fill in the information below.

---

## Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑  No.
☐  Yes.  State the nature of the information collected and retained  _____

Does the debtor have a privacy policy about that information?
☐  No.
☐  Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑  No.  Go to Part 10.
☐  Yes.  Does the debtor serve as plan administrator?
   ☐  No.  Go to Part 10.
   ☐  Yes.  Fill in below:

---

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑  None

**19.  Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑  None

---

| Debtor | Alcon Contractors LLC | Case number (if known) | 22-50498 |
|---|---|---|---|
| | Name | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**

Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

| Debtor | **Alcon Contractors LLC** | Case number (if known) | **22-50498** |
|---|---|---|---|
| | Name | | |

## 26. Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | | |
|---|---|---|---|---|---|---|
| 26a.1. | **Gregory & Crutchfield CPAs** | | From | **2016** | To | **2020** |
| | Name | | | | | |
| | **16500 San Pedro #280** | | | | | |
| | Street | | | | | |
| | | | | | | |
| | **San Antonio** | **Tx** | **78232** | | | |
| | City | State | ZIP Code | | | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Garcia** | **9201 Linbrooke**<br>**San Antonio, Tx 78250** | **Member/Manager / common** | **85%** |
| **Izundu Michael Ekeh** | **5002 Wiseman #8302**<br>**San Antonio, Tx 78251** | **Member** | **15%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

| Debtor | **Alcon Contractors LLC** | Case number (if known) | **22-50498** |
|---|---|---|---|
| | Name | | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes.  Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes.  Identify below.

## Part 14:  Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/23/2022**
MM / DD / YYYY

**X /s/ Mark Garcia**                                              Printed name  **Mark Garcia**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes