| | | |
|---|---|---|
| Alcon Cotractors LLC | 22-50498 | |
| Monthly Budget | Exhibit "B" | |
| | | |
| Gross Sales | $ | 150,000.00 |
| COGS | $ | 64,000.00 |
| **Net Sales** | $ | 86,000.00 |
| | | |
| **Expenses** | | |
| Officer Compensation | $ | 16,000.00 |
| Wages & Salaries | $ | - |
| Repairs | $ | 1,000.00 |
| Adversting | $ | - |
| Employee Benefits | $ | 3,000.00 |
| Taxes (payroll) | $ | - |
| Rent | $ | 550.00 |
| Utilities | $ | 300.00 |
| Professional Fees | $ | 1,000.00 |
| Fuel | in COGS | |
| Contract Labor | $ | 56,300.00 |
| Insurance | in COGS | |
| Permits and Fees | in COGS | |
| Auto Expense | $ | 750.00 |
| Misc. | $ | 1,000.00 |
| **TOTAL EXPENSE** | $ | 79,900.00 |
| | | |
| **NET INCOME** | $ | 6,100.00 |
| Class 2 Payment | $ | (1,190.87) |
| Class 3 Payment | $ | (1,601.93) (RBFCU) |
| Class 3 Payment | $ | (685.07) (Huntington Bank claim 15) |
| Class 3 Payment | $ | (402.55) (Huntington Bank claim 16) |
| Class 3 Payment | $ | (386.40) (Huntington Bank claim17) |
| Class 3 Payment | $ | (524.56) (Caterpillar Financial) |
| Net Available Unsecured | $ | 1,308.62 |
| Term of Plan | | 60 Months |
| Total to Unsec. | $ | 78,517.20 |
| Unsec Claims Total | $ | 751,547.00 |
| Dividend to Unsec | | 10% |